IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

XTO ENERGY, INC.                                                                PLAINTIFF

v.                                       No. 4:10-cv-173-DPM

CHARLES PRATT and
TOMMY N. PRATT                                                              DEFENDANTS

ORDER

After two extensions, Tommy Pratt has failed to respond to XTO's motion for summary judgment. The material facts are undisputed: Charles gave Tommy (his brother) $40,000.00 of the duplicative mineral lease payment; the lowest amount in Tommy's bank account from inception to service of process in this case was $35,298.92; and after service, Tommy was on notice of the duplicative nature of the payment. For the reasons given in the Court's earlier order, *Document No. 30*, Tommy has been unjustly enriched too. XTO is entitled, at the minimum, to judgment against him for $35,298.92. XTO has waived its right to recover the difference between that amount and the $40,000.00 Tommy got — perhaps because it would rather not fuss about notice, or be troubled about collecting against something other than Tommy's

liquid assets; and XTO already has Charles on the hook for the entire $80,000.00.

Motion, *Document No. 32*, granted. Judgment will be joint and several against Charles and Tommy for $35,298.92.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 Nov. 2011