### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**XTO ENERGY, INC.**                                                     **PLAINTIFF**

v.                                      **No. 4:10-cv-173-DPM**

**CHARLES PRATT and**
**TOMMY N. PRATT**                                              **DEFENDANTS**

### JUDGMENT

Judgment is entered for XTO and against Charles Pratt in the amount

of $80,000.00; and XTO also is entitled to judgment for $35,298.92 of that

amount against Charles Pratt and Tommy Pratt, jointly and severally.  This

Judgment shall bear interest at 0.12% per annum until paid in full.  28

U.S.C.A. § 1961(a)–(b) (West 2006).


_____
D.P. Marshall Jr.
United States District Judge

_3 November 2011_